# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY

**EUGENE NABORS,**

    **Plaintiff,**

v.                                                        **CIVIL ACTION NO.: 5:22-cv-59**
                                                                  **HONORABLE FRANK W. VOLK**

**SR. TROOPER J.L. TINCHER**

    **Defendant.**

## DEFENDANTS' MOTION FOR LEAVE TO USE COURTROOM TECHNOLOGY AND TO BRING EQUIPMENT INTO COURTROOM FOR USE DURING TRIAL

**COMES NOW** Defendant, Sr. Trooper J.L. Tincher, by counsel, Wendy E. Greve, Daniel J. Burns, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and moves this Court for the entry of an order permitting Defendant's counsel and staff to use the Court's technology during the December 5, 2023 trial of this matter and to authorize Defendant's counsel and staff to bring into the Court cameras, computers and other technological devices for use in connection with the Court's technology. In support of his Motion, Defendant states as follows:

1. Defendant's counsel plans to conduct presentations at the trial in this matter on December 5, 2023 which may rely on the use of technological equipment and other computer technology.

2. Defendant's counsel and staff may require the use of computers, flash drives, external drives, cables, presentation equipment, extension cords, power strips, mouse clickers, presentation clickers, and laser pointers. Defendant's presentations may also include certain presentation devices including iPads or

tables, cell phones, television sets or other forms of presenting documents, videos, photographs or other exhibits.

3. Defendant prays that the Court authorizes the use of any Court monitors, screens, electronics, computers or other technological devices or equipment in order to present such evidence.

4. Defendant prays that the Court authorizes his counsel and staff to bring into the courtroom cell phones, computers, iPads, monitors, electronics or other technological devices not otherwise available through the Court's own courtroom equipment.

5. Defendant understands that all of the equipment brought into the courtroom by his counsel and staff is subject to examination for security purposes as are all other materials brought into Court.

6. Pursuant to the provisions of L.R. Civ. P. 7.1(f) counsel for the Defendant certifies that by copy of this Motion the technology staff of the Court has been notified of this request.

7. Defendant further requests that his counsel and his staff be allowed two (2) hours on Monday, December 4, 2023 (or any other time convenient for the Court) to check and set up all equipment and technology in the courtroom for use during the trial on December 5, 2023.

**WHEREFORE** Defendant moves that the Court enter an order granting Defendant's counsel and staff leave to use Court technology and to bring in an additional equipment or technology as may be required.

SR. TROOPER J.L. TINCHER,
By Counsel,

*/s/ Wendy E. Greve*
Wendy E. Greve, WV State Bar No. 6599
Daniel J. Burns, WV State Bar No. 11866

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545
E-Mail: wgreve@pffwv.com; dburns@pffwv.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**EUGENE NABORS,**

    **Plaintiff,**

**v.**                                         **CIVIL ACTION NO.: 5:22-cv-59**
                                                            **HONORABLE FRANK W. VOLK**

**SR. TROOPER J.L. TINCHER**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant, does hereby certify on this **3rd** day of **November 2023**, that a true copy of the foregoing ***DEFENDANTS' MOTION FOR LEAVE TO USE COURTROOM TECHNOLOGY AND TO BRING EQUIPMENT INTO COURTROOM FOR USE DURING TRIAL*** has been filed with the Clerk of the Court using the CM/ECF system which provides a copy of such filing to counsel of record at the addresses listed below:

|  |  |
|---|---|
| L. Dante DiTarapano, Esquire<br>Charles F. Bellomy, Esquire<br>Calwell Luce Ditrapano PLLC<br>500 Randolph Street<br>Charleston, WV 25302<br>*Counsel for Plaintiff* | W. Jesse Forbes, Esquire<br>Forbes Law Offices<br>1118 Kanawha Blvd., East<br>Charleston, WV 25301<br>*Counsel for Plaintiff* |

Chad Adkins
Robert C. Byrd United States Courthouse
Technology Department
300 Virginia Street, East
Charleston, WV 25301
Via United States Mail

                                         */s/ Wendy E. Greve*
                                         Wendy E. Greve, WV State Bar No. 6599
                                         Daniel J. Burns, WV State Bar No. 11866

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:    (304) 342-1545