# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY

**EUGENE NABORS,**

    **Plaintiff,**

v.                                               **CIVIL ACTION NO.: 5:22-cv-59**
                                                    **HONORABLE FRANK W. VOLK**

**SR. TROOPER J.L. TINCHER**

    **Defendant.**

## DEFENDANT SR. TROOPER J.L. TINCHER'S MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF EVIDENCE AT TRIAL THAT WAS NOT PRODUCED IN DISCOVERY AND RULE 26 DISCLOSURES

**NOW COMES** the Defendant, Sr. Trooper J.L. Tincher, by counsel, Wendy E. Greve, Daniel J. Burns, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, pursuant to the Federal Rules of Evidence, and respectfully moves this Honorable Court for rulings, in *limine*, to prohibit evidence regarding evidence that was not produced in Discovery or Rule 26 Disclosures. In support of this motion, the Defendant states as follows:

Plaintiff asserts his 4th and 14th Amendment rights were violated when he was arrested on February 11, 2020. *See* Complaint at ECF 1. Plaintiff Amended his Complaint and withdrew his claims against Sgt. D.P. White and withdrew his claims of "false arrest, false imprisonment, and/or unlawful detention, but maintained claims against Sr. Trooper Tincher under 42 USC 1983 for alleged Excessive Force in violation of the 4th Amendment and a state law claim of "Assault and Battery." *See* ECF No. 9. at pg. 1; see also ECF No.'s 13, 14.

1.     Discovery is complete in this matter and Plaintiff has not produced any

itemization of claimed damages. Rather than provide the requisite itemization of claimed damages he stated in Rule 26(a)(1) Disclosures that "discovery is in its early stages, and Plaintiff reserves his right to supplement these disclosures as additional documents and other items supporting his claims become available.

    2.    No computation of damages nor any accompanying documentation has ever been provided.

    *3.*    The plaintiff has failed to provide documentation of his claimed specials.

Please describe in complete detail all losses, expenses, or damages you seek to recover as result of the allegations contained in the Amended Complaint including, without limitation in your description, the total amount of money damages for the following and a description of how each amount was calculated:

    a)    Personal injury;
    b)    Significant permanent injury;
    c)    Severe emotional distress;
    d)    Mental anguish;
    e)    Medical bills;
    f)    Medical expenses;
    g)    Past, present and future pain and suffering;
    h)    Lost wages;
    i)    Loss of earning capacity;
    j)    Loss of society service and companionship;
    k)    Loss of enjoyment of life;
    l)    Annoyance and inconvenience;
    m)    Indignity, embarrassment, humiliation; and
    n)    Any and all other damages.

<u>ANSWER</u>:    Plaintiff is seeking compensation for mental anguish and severe emotional distress; compensation for past, present and future pain and suffering; compensation for loss of enjoyment of life and loss of earning capacity; compensation for indignity, embarrassment, and humiliation; expenses for past and future medical care and treatment; punitive damages to the extent permitted; and prejudgment and post judgment interest…

4. Defendant accordingly moves the Court to exclude all claimed special damages.

5. Additionally, "plaintiff's failure to provide a computation of damages under Rule 26(a)(1)(A)(iii), Fed. R. Civ. P. provides an independent basis to exclude evidence." Id. at 5 citations omitted.

6. Rule 37 also allows for the exclusion of evidence where a party failed to make disclosures or participate in discovery. To allow for the introduction of evidence that was not disclosed in discovery or fully described in discovery would unfairly prejudice the Defendant.

**WHEREFORE**, for the foregoing reasons, Defendant Sr. Trooper J.L. Tincher respectfully requests that this Court prohibit the introduction of any testimony or evidence not produced in discovery including damages documentation or specials that were not produced in discovery and prohibit the introduction of any exhibit not identified in discovery and for any such other and further relief as this Court deems just and proper.

                                          **Sr. Trooper J.L. Tincher**
                                          By Counsel,

                                          */s/ Wendy E. Greve*
                                          Wendy E. Greve, WV State Bar No. 6599
                                          Daniel J. Burns, WV State Bar No. 11866

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:   (304) 342-1545

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**EUGENE NABORS,**

    **Plaintiff,**

**v.**                                                             **CIVIL ACTION NO.: 5:22-cv-59**
                                                                                        **HONORABLE FRANK W. VOLK**

**SR. TROOPER J.L. TINCHER**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant, does hereby certify on this **14ʰ** day of **May 2024**, that a true copy of the foregoing **DEFENDANT SR. TROOPER J.L. TINCHER'S MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF EVIDENCE AT TRIAL THAT WAS NOT PRODUCED IN DISCOVERY AND RULE 26 DISCLOSURES** has been filed with the Clerk of the Court using the CM/ECF system which provides a copy of such filing to counsel of record at the addresses listed below:

| | |
|---|---|
| L. Dante DiTarapano, Esquire<br>Charles F. Bellomy, Esquire<br>Calwell Luce Ditrapano PLLC<br>500 Randolph Street<br>Charleston, WV  25302<br>*Counsel for Plaintiff* | W. Jesse Forbes, Esquire<br>Forbes Law Offices<br>1118 Kanawha Blvd., East<br>Charleston, WV  25301<br>*Counsel for Plaintiff* |

                                                   */s/ Wendy E. Greve*
                                                   Wendy E. Greve, WV State Bar No. 6599
                                                   Daniel J. Burns, WV State Bar No. 11866

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:    (304) 342-1545